# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MAC TRAILER LEASING, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV424 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **GARY WILLS,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Suggestion of Bankruptcy (Filing No. 9). The defendant filed the suggestion based on his Chapter 11 bankruptcy filing. The filing was made in this district and is designated BK 08-82713. Upon consideration,

**IT IS ORDERED:**

1. Pursuant to NEGenR 1.5(a)(1) and 28 U.S.C. § 157, this case is referred to the United States Bankruptcy Court for the District of Nebraska.

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska.

3. The Clerk of the Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 20th day of October, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge